# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THOMAS HICKMAN AND ELIZABETH HICKMAN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Docket No. ) |
| NICHOLAS SUGGS and MICHAEL SUGGS, | ) Removed from the Circuit Court ) for Hamilton County ) Docket No. 23C490 |
| Defendants. | ) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the Defendants, Nicholas Suggs and Michael Suggs, in the above cause, pursuant to 28 U.S.C §§ 1441 and 1446, hereby removes to the United States District Court the above captioned action from the Hamilton County Circuit Court for the Eleventh Judicial District at Chattanooga, Tennessee, Docket No. 23C490. In support thereof, the Defendants would set forth the following grounds for removal:

1. On April 28, 2023, a civil action was commenced in the Hamilton County Circuit Court for the Eleventh Judicial District at Chattanooga, Tennessee, styled **Thomas Hickman and Elizabeth Hickman v. Nicholas Suggs and Michael Suggs.**, Docket No. 23C490 (A true and correct copy of the Circuit Court Docket Sheet, Complaint and Summons originating the cause of action, and Answer and Motion of unnamed defendant and underinsured motorist carrier Plaza Insurance Company are attached hereto as **Exhibit A** and incorporated by reference herein).

2. The Parties in this matter are citizens of different states. The Plaintiffs reside in Soddy-Daisy, Hamilton County, Tennessee.

1

3. Both Defendants reside in Ringgold, Catoosa County, Georgia. Defendant Michael Suggs resides at 73 Creek Court, Ringgold, Georgia 30736. Defendant Nicholas Suggs resides at 335 Sherwood Forest Drive, Ringgold, Georgia 30736.

4. Neither Defendant resides at the address listed on the Summons issued by the Plaintiffs and transmitted to the Tennessee Secretary of State for service being 104 Sparks Street, Ringgold, Georgia 30736. Neither the Defendants nor a member or resident of their household signed for the delivery of the Summons. Thus, service of process has not been perfected on the Defendants, however, they agree to waive service of process and file an Answer upon removal of this matter to this Court.

5. These Defendants did not learn of the filing of this matter until it was discovered by undersigned counsel searching the online filings on May 31, 2023 due to the upcoming expiration of the statute of limitations from the prior entry of an Order of Nonsuit.

6. The Plaintiffs have served Plaza Insurance Company in the action as its underinsured motorist carrier. They have already appeared and filed an Answer to the Complaint. These Defendants have consulted with counsel for Plaza Insurance Company who does not object to the removal of this matter to this Court.

7. The Plaintiffs' Complaint demands a judgment against the Defendants for compensatory damages in excess of $75,000.00. (See Complaint). Specifically, plaintiff Thomas Hickman demands damages in the amount of $297,500.00 and plaintiff Elizabeth Hickman demands damages in the amount of $47,500.00. Therefore, this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441. This court also has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332.

8. This Removal Notice is timely pursuant to 28 U.S.C. § 1446(a).

9. Any civil action brought in a State Court of which the United States District Court has original jurisdiction may be removed by the Defendants to that District Court embracing the place where such action is pending. 28 U.S.C. § 1441(a). Since this civil action is now pending in Hamilton County Circuit Court for the Eleventh Judicial District at Chattanooga, Tennessee, the Eastern District of Tennessee is the proper forum for removal.

10. Written notice of the filing of this Notice of Removal of the above-referred action shall be promptly delivered to all parties through their counsel of record. A copy of the Notice of Removal will be filed promptly with the Clerk of the Hamilton County Circuit Court for the Eleventh Judicial District at Chattanooga, Tennessee.

**WHEREFORE**, the Defendants, Nicholas Suggs and Michael Suggs, request that this Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Hamilton County Circuit Court Eleventh Judicial District at Chattanooga, Tennessee to the United States District Court for the Eastern District of Tennessee.

Respectfully submitted,

**TRAMMELL, ADKINS & WARD, P.C.**

By   s/Elijah T. Settlemyre
      Elijah T. Settlemyre, BPR #032360
      Attorney for Nicholas E. Suggs and
      Michael Suggs
      P.O. Box 51450
      Knoxville, Tennessee 37950
      elijahsettlemyre@tawpc.com (email)
      (865) 330-2577 (phone)
      (865) 330-2578 (fax)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served on all counsel of record by placing same in the United States Mail, postage prepaid, by delivering same to the office of said counsel, or via facsimile.

>Ronald J. Berke
>Berke, Berke & Berke
>420 Frazier Avenue
>P.O. Box 4747
>Chattanooga, TN  37405
>
>C. Douglas Dooley
>Leitner, Williams, Dooley & Napolitan, PLLC
>200 W. ML King Blvd., Suite 500
>Chattanooga, TN 37402

This __15th__ day of _____June_____, 2023.

**TRAMMELL, ADKINS & WARD, P.C.**

By __s/Elijah T. Settlemyre__
Elijah T. Settlemyre